**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01286-CV

### IN RE KENNETH LEO BUHOLTZ, Relator

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-51173-2010

## ORDER
Before Justices Francis, Evans, and Whitehill

Before the Court are relator's motion for reconsideration and motion for extension of time to file a motion for reconsideration. We **DENY** both motions without prejudice to the filing of a new, properly supported petition for writ of mandamus.

/s/ MOLLY FRANCIS
   JUSTICE